UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SEDUSA STUDIO, INC., | ) | Case No.: C 09-2002 PVT |
| Plaintiff, | ) ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| v. | ) ) | |
| LISA HELLMAN DBA IPOLE STUDIOS, | ) ) | |
| Defendants. | ) | |
| _____ | ) | |

On May 6, 2009, plaintiff Sedusa Studio, Inc. moved for a preliminary injunction. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion for preliminary injunction, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than June 12, 2009, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

ORDER, *page 1*

1  website at www.cand.uscourts.gov.

2  Dated: May 29, 2009

3  _____
    PATRICIA V. TRUMBULL
4   United States Magistrate Judge

ORDER, *page 2*