1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SEDUSA STUDIO, INC., | ) | Case No.: C 09-02002 PVT |
| Plaintiff, | ) | **ORDER FOR REASSIGNMENT TO A** |
| | ) | **DISTRICT COURT JUDGE** |
| v. | ) | |
| LISA HELLMAN DBA IPOLE STUDIOS, | ) | |
| Defendants. | ) | |
| _____ | ) | |

On May 6, 2009, plaintiff Sedusa Studio, Inc. moved for preliminary injunction.  On May 29, 2009, this court ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than June 12, 2009.  ("June 12, 2009 Order").  All of the parties have not consented (or otherwise responded to the June 12, 2009 Order) to jurisdiction of this court.

ORDER, *page 1*

1    Accordingly, the above-captioned action shall be reassigned to a district court judge.

2          IT IS SO ORDERED.

3    Dated:   July 6, 2009

4                                        _____
                                         PATRICIA V. TRUMBULL
5                                        United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28