**E-FILED on**    10/15/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEDUSA STUDIO, INC, a California Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>LISA HELLMAN, an individual d/b/a IPOLE STUDIOS and DOES 1-10,<br><br>        Defendants. | No. C-09-02002 RMW<br><br>ORDER DENYING SUBSTITUTION OF ATTORNEY<br><br>**[Re Docket No. 27]** |

On September 22, 2009 plaintiff Sedusa Studio, Inc. ("Sedusa") filed a proposed order "granting substitution of attorney." Docket No. 27. It appears that Sedusa is a California corporation, and therefore "may only appear . . . through a member of the bar of this Court." Civ. L. R. 3-9(b). It does not appear from the proposed order that Ms. Carol Whitsett, listed as new counsel for Sedusa, is a member of the California bar. Mr. Nicholas Heimlich shall remain as counsel for Sedusa absent a motion to withdraw or substitution of qualified counsel.

DATED:      10/15/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING SUBSTITUTION OF ATTORNEY—No. C-09-02002 RMW
JAS

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

Nicholas Heimlich          nickheimlich@nickheimlichlaw.com

**Counsel for Defendants:**

Lisa Hellmann
2057 Arena Blvd
Sacramento, CA 95834

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    10/15/09                              JAS
                                                **Chambers of Judge Whyte**

ORDER DENYING SUBSTITUTION OF ATTORNEY—No. C-09-02002 RMW
JAS                                            2